**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.**

HERBERT BECK

    Plaintiff,

GOLDEN AUTOMOTIVE GROUP LLC
GOLDEN AUTOMOTIVE GROUP HOLDINGS LLC
AMERICAN HONDA FINANCE CORP.
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION LLC
EQUIFAX INC.
EQUIFAX INFORMATION SERVICES LLC
AUTOMOTIVE WARRANTY SERVICES, INC.
ASSURANT, INC.

    Defendants.

**NOTICE OF REMOVAL**

Defendants, Equifax Information Services LLC and Equifax Inc. (collectively the "Equifax Entities"), by Counsel, hereby file this Notice of Removal of this action from the Denver County District Court, to the United States District Court for the District of Colorado. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1. An action was filed on August 29, 2019 in the Denver County District Court, entitled *Beck v. Golden Automotive Group LLC, et al,* Case No. 19cv457 (the "State Court Action").

2. The Equifax Entities were served with the Complaint on August 30, 2019.

3. This Notice is being filed with this Court within thirty (30) days after the Equifax Entities were served with a copy of Plaintiff's initial pleading setting forth the grounds for his

action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (<u>See</u> Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, the Equifax Entities shall give written notice of the removal to Plaintiff and to the Clerk of the Denver County District Court, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon the Equifax Entities in the State Court Action.

7. Attached hereto, as Exhibit B, are copies of the Consent to Removal of Defendants American Honda Finance Corp., Experian Information Solutions, Inc., Automotive Warranty Services, Inc., and Assurant Inc. The Equifax Entities have endeavored to contact Defendants Golden Automotive Group LLC and Golden Automotive Holdings LLC to obtain consent. The Equifax Entities have confirmed with the Clerk of the Denver County Court that they have received no filings or other documents suggesting that any other Defendant has been served.

WHEREFORE, the Equifax Entities request that the above-described action be removed to this Court.

DATED: September 20, 2019.

Respectfully submitted,
EQUIFAX INFORMATION SERVICES LLC and EQUIFAX INC.

/s/ *Megan Garnett*
Megan Garnett
Polsinelli, P.C.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Tel. (303) 583-8238
MGarnett@Polsinelli.com
*Counsel for Defendants Equifax Information Services LLC and Equifax Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on September 20, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system and the same was mailed to the following parties:

Herbert Beck
25 E 16th Ave #645
Denver, CO 80202

/s/ *Megan Garnett*
Megan Garnett